# Notice Recipients

District/Off: 0971−1          User: admin             Date Created: 5/5/2026
Case: 26−01007              Form ID: SUM             Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla          Ericka Cooper          5703 Orange Avenue          Sacramento, CA 95823

TOTAL: 1