Ericka Cooper (also appearing as Erica Cooper)
Self-Represented Plaintiff / Movant
5703 Orange Avenue, Sacramento, CA 95823
Telephone: 916-585-1060          Email: unkledo@icloud.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

ERICKA COOPER, Plaintiff,

v.

LEFEVER MATTSON PROPERTY MANAGEMENT; HOME TAX SERVICE OF AMERICA, INC. dba LEFEVER MATTSON PROPERTY MANAGEMENT; LEFEVER MATTSON; CONSOLIDATED DEBTOR; CONSOLIDATED ESTATE; PLAN RECOVERY TRUST; PLAN RECOVERY TRUSTEE; KRISTINA MELICK/FOX; CHRIS BENDINELLI; PAMELA JACKSON; PAMELA C. JACKSON, INC.; and DOES 1-20, Defendants.

Adversary Proceeding No.: _____26 — 1007_____
Related Case No. 24-10545 (CN)
Chapter 11
Judge: Hon. Charles Novack

## DECLARATION OF ERICKA COOPER IN SUPPORT OF TRO / STATUS-QUO STAY AND EXPEDITED HEARING

I, Ericka Cooper, also appearing in some records as Erica Cooper, declare:

1. I live at 5703 Orange Avenue, Sacramento, California 95823.

2. I am connected to the tenancy at that address with Major Mott III. The bankruptcy notice list and schedules identify us at the property and in relation to a tenant security deposit.

3. I am informed and believe that a lockout or writ enforcement is scheduled or expected before/on May 10, 2026. If the exact date/time is known, it is: may 10th 11:55pm _____.

4. Before bankruptcy, I was supposed to receive a new lease after an inspection. LeFever did not appear for the inspection multiple times and the new lease was never provided. If known, the inspection/no-show dates were: _____ july multiple dates email attached _____
___. This contributed to confusion over the active lease, rent amount, lease terms, and who had authority to collect rent or enforce default.

5. I asked management for clarification in September 2025 about ownership/management changes, the active lease, the amount claimed due, and the basis for the three-day notice. I was told I had been notified in 2021 by posted letter and that the notice was based on rent only. I dispute that this explains the later 2024 ownership/TIC record or bankruptcy-plan authority.

6. I am not refusing to pay rent. I am trying to pay the correct legally authorized person. Because the property, ownership, lease status, and rent stream were involved in the LeFever Mattson Chapter 11 case and confirmed Plan, and because different people/documents gave conflicting information, I need this Court to identify the lawful payee or allow payment as the Court directs.

7. Sacramento Superior Court entered an April 29, 2026 order stating the writ of possession is to be executed immediately and enforced against all occupants.

8. I have seen evidence that the alleged all-occupants/CP10.5 service is disputed. The certified tracking evidence does not show completed delivery and one court certificate lists the wrong city/ZIP for me.

9. If I am locked out before this Court determines who had authority under the bankruptcy case, confirmed Plan, property records, and lease/rent documents, I will suffer immediate and irreparable harm because I will lose possession of my home before the bankruptcy authority issue can be heard.

Ericka Cooper bankruptcy emergency filing - page 1

10. I respectfully request a hearing before May 10, 2026. If the Court cannot hear the matter before May 10, I request an interim stay until the first available hearing date and ruling.

11. I request waiver of any bond/security or a nominal bond/security not more than $100 because I am self-represented, face immediate loss of housing, and the requested order only preserves the status quo briefly until the Court can hear the parties.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: may 4th _____, 2026, at Sacramento, California. '

Ericka Cooper

Case: 26-01007    Doc# 6    Filed: 05/05/26    Entered: 05/05/26 17:30:24    Page 2 of 2