Ericka Cooper (also appearing as Erica Cooper)
Self-Represented Plaintiff / Movant
5703 Orange Avenue, Sacramento, CA 95823
Telephone: 916-585-1060 Email: unkledo@icloud.com



# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re:
LEFEVER MATTSON,
Consolidated Debtor.

Case No. 24-10545 (CN)
(Substantively Consolidated)
Chapter 11
Judge: Hon. Charles Novack

*AP— 26 -1007*

# EMERGENCY APPLICATION FOR ORDER SHORTENING TIME AND INTERIM STAY THROUGH FIRST AVAILABLE HEARING DATE

Movant Ericka Cooper applies under Bankruptcy Local Rule 9006-1 for an emergency hearing before the scheduled May 10, 2026 lockout/deadline, or, if no hearing can be held before that date, for an interim status-quo stay until the first available hearing date and ruling.

## Relief requested

• Set the motion for emergency hearing before May 10, 2026, if possible.

• If the Court cannot hear the matter before May 10, 2026, enter an interim stay preventing lockout/removal/enforcement of the writ concerning 5703 Orange Avenue, Sacramento, CA 95823 until the first available hearing date and further order.

• Permit immediate emergency notice by email, phone, hand delivery, fax, and any practical method reasonably calculated to give notice before the lockout.

## B.L.R. 9006-1 showing

1. Reason for shortened time: a residential lockout is scheduled or expected before/on May 10, 2026. Without emergency action, Movant may lose possession before this Court can determine authority under the confirmed Plan, Confirmation Order, lease/rent treatment, and any bankruptcy-law protections.

2. Prior time modifications: Movant has not obtained a prior bankruptcy-court order shortening or enlarging time on this request. The Sacramento Superior Court entered an April 29, 2026 order directing immediate writ enforcement against all occupants.

3. Effect on schedule: the requested order is narrow. It preserves the status quo for one residence only until the Bankruptcy Court can hear the issue. It does not seek to stop plan administration generally.

4. Efforts to speak with/respondent notice: Movant has given or is immediately giving notice to the parties listed in the Rule 65 Notice Certification and Court Service List, including state UD counsel, LeFever bankruptcy counsel, the U.S. Trustee, and any known ownership/management/Plan Trust contact. Because the lockout is imminent, Movant requests relief even if every contact has not yet responded.

Dated: May 4th , 2026

Respectfully submitted,

Case: 26-01007   Doc# 7   Filed: 05/05/26   Entered: 05/05/26 17:35:27   Page 1 of 31

Ericka Cooper, self-represented

Ericka Cooper (also appearing as Erica Cooper)
Self-Represented Plaintiff / Movant
5703 Orange Avenue, Sacramento, CA 95823
Telephone: 916-585-1060          Email: unkledo@icloud.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re:
LEFEVER MATTSON,
Consolidated Debtor.

Case No. 24-10545 (CN)
(Substantively Consolidated)
Chapter 11
Judge: Hon. Charles Novack

# [PROPOSED] ORDER SHORTENING TIME AND INTERIM STATUS-QUO STAY
# THROUGH FIRST AVAILABLE HEARING DATE

Upon the Emergency Application of Ericka Cooper for Order Shortening Time and Interim Status-Quo Stay, and good cause appearing, IT IS ORDERED:

1. The Application for Order Shortening Time is GRANTED.

2. The hearing shall be held on _____, 2026 at _____ __.m. before Hon. Charles Novack, United States Bankruptcy Court, Northern District of California, Courtroom 215, 1300 Clay Street, Oakland, California 94612, with remote appearance as permitted by the Court.

3. If the hearing cannot be held before May 10, 2026, then pending the first available hearing and further order, all lockout, removal, or writ-of-possession enforcement concerning 5703 Orange Avenue, Sacramento, CA 95823 is temporarily STAYED.

4. Pending further order, LeFever Mattson Property Management, Home Tax Service of America, Inc. dba LeFever Mattson Property Management, LeFever Mattson, the Consolidated Debtor, the Consolidated Estate, the Plan Recovery Trust, the Plan Recovery Trustee, Kristina Melick/Fox, Chris Bendinelli, Pamela Jackson, Pamela C. Jackson, Inc., and their agents, employees, attorneys, successors, assigns, and persons acting in concert with them shall not request, direct, complete, assist, or participate in any lockout/removal under any writ of possession concerning the premises.

5. The parties shall immediately provide a copy of this Order to the Sacramento County Sheriff/levying officer and any person involved in enforcing the writ.

6. Opposition, if any, shall be filed by _____, 2026 at _____ __.m. and shall identify the source of authority to collect rent, refuse rent, redirect rent, serve the three-day notice, prosecute the UD, request the writ, and enforce possession under the confirmed Plan and related bankruptcy documents.

IT IS SO ORDERED.

Dated: _____, 2026

_____
Hon. Charles Novack
United States Bankruptcy Judge

# EVIDENCE EXHIBIT BINDER

Selected exhibits for: Sacramento Superior Court Case No. 25UD006079 (LeFever Mattson Property Management v. Major Mott, III et al.) and U.S. Bankruptcy Court, N.D. Cal., Case No. 24-10545 (CN), In re LeFever Mattson.

## Exhibit Index

| | |
|---|---|
| Exhibit A: | Envelope addressed to "All Other Occupants," 5703 Orange Ave., Sacramento, CA 95823, tracking no. 7020 3160 0000 2522 7913. |
| Exhibit B: | USPS tracking screenshot for 70203160000025227913 showing notice left/redelivery reminder. |
| Exhibit C: | State-court certificate of mailing listing Erica/Ericka Cooper at Carmichael, CA 95608. |
| Exhibit D: | April 29, 2026 state-court order denying set-aside motion and directing immediate writ enforcement against all occupants. |
| Exhibit E: | September 26, 2025 email exchange/response from LeFever Mattson Property Management about ownership notice, lease documents, ledger, and 3-day notice. |
| Exhibit F: | Bankruptcy Notice Recipients list showing Major Mott III and Ericka Cooper at 5703 Orange Avenue, Sacramento, CA 95823. |
| Exhibit G: | Bankruptcy schedules for LeFever Mattson: 5701/5703 Orange Ave property listing, tenant security deposit claim, and Schedule G residential lease/month-to-month entry. |
| Exhibit H: | Bankruptcy/DIP property schedule excerpt listing 5701/5703 Orange Ave and LeFever Mattson 50% / Kristina Melick 50% ownership reference dated 7/24/24. |
| Exhibit I: | Joint Investigation Report excerpts regarding substantive consolidation/Ponzi findings and the 5701/5703 Orange Ave ownership history. |
| Exhibit J: | April 23, 2026 Confirmation Order excerpts regarding substantive consolidation, retained real property, assumed/rejected leases, stays through Effective Date, and retained jurisdiction. |
| Exhibit K: | Monthly Operating Report excerpts showing rental income/operations and property asset schedule. |

# EXHIBIT A

Envelope addressed to "All Other Occupants" at 5703 Orange Ave., Sacramento, CA 95823.

Source: User-provided envelope image (rotated for readability).



# EXHIBIT B

USPS tracking screenshot for 70203160000025227913.

Shows "Notice Left (No Authorized Recipient Available)" and redelivery reminder, rather than completed delivery.

Source: User-provided USPS tracking screenshot.

**6:41**

**Tracking Number:**                    Remove ✕

# 70203160000025227913

☐ Copy   ⚁ Add to Informed Delivery

## Latest Update

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

**Get More Out of USPS Tracking:**

▢ USPS Tracking Plus®

**Delivery Attempt**
**Reminder to Schedule Redelivery of your item**
December 27, 2025

**Notice Left (No Authorized Recipient Available)**
SACRAMENTO, CA 95823
December 22, 2025, 1:52 pm

**Arrived at USPS Regional Facility**
SACRAMENTO CA DISTRIBUTION CENTER
December 21, 2025, 12:00 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates            ⌄

tools.usps.com

# EXHIBIT C

Sacramento Superior Court certificate of mailing.

Lists Erica/Ericka Cooper at 5703 Orange Avenue, Carmichael, CA 95608, while the premises are 5703 Orange Avenue, Sacramento, CA 95823.

Source: User-provided state-court certificate image.



# EXHIBIT D

April 29, 2026 state-court order.

Order denies Erica Cooper's CCP section 473(b) motion and states the writ of possession is to be executed immediately and enforced against all occupants.

Source: User-provided state-court order image.



# EXHIBIT E-1

September 26, 2025 email thread screenshot.

Source: User-provided Yahoo Mail screenshot.



# EXHIBIT E-2

Zoomed September 26, 2025 response from Taylor Bachart, LeFever Mattson
Property Management.

Response refers to an alleged 11/23/2021 posted ownership notice, original lease,
11/22/2022 addendum, unpaid charges report, running ledger, and $20,320 rent-only
3-day notice balance.

Source: User-provided Yahoo Mail screenshot.



# EXHIBIT F

Bankruptcy Notice Recipients excerpt.

Shows Major Mott III and Ericka Cooper at 5703 Orange Avenue, Sacramento, CA 95823.

Source: Doc. 4226-1, page 20 of 31.

| | | | |
|---|---|---|---|
| 15669087 | Lori Morgan Trust | Lori Morgan TTE | 835 Sievers Way | Dixon, CA 95620 |

15669087 Lori Morgan Trust Lori Morgan TTE 835 Sievers Way Dixon, CA 95620
15669088 Lorraine McGowan TTEE 10 Royala Avenue 22 Lakeport, CA 95453
15669089 Lorraine Renfroe 7575 Power Inn Rd, 15 Sacramento, CA 95828
15669090 Louis Bertorelli , Denise Bertorelli 10601 East Road Potter Valley, CA 95469
15669091 Louis Sergi 6359 Auburn Blvd. Citrus Heights, CA 95621
15669092 Louis Sergi , Amada Ito 612 N Irena Ave Unit E Redondo Beach, CA 90277
15669093 Lovell Sabathia, Quinn Puebla Sabathia 830 Illinois Street 3 830–3 Fairfield, CA 94533
15669094 Low Saetern, Mary Yang 7575 Power Inn Rd, 68 Sacramento, CA 95828
15669096 Luis Mouricio Galvan, Luz Aurora Galvan 2030 E Grayson Rd, 06 Sonoma, CA 95307
15669097 Luis Navarro–Gonzalez aka Luis Navarro, 5605 Orange Avenue/7320 Berna Way, 7320 Sacramento, CA 95823
15681470 Lull Family Living Revocable Trust Richard Lull 14 Westport Manhattan Beach, CA 90266
15669098 Luz Valencia, FELIX REYES VALENCIA, Ernesto Rodriguez, Naomi Rodriguez 830–848 Studley St, 842 Sonoma, CA 94576
15669099 Lydia A. Hagenbach, TTEE Lydia R. Zboray 650 Prince Albert Way Brentwood, CA 94513
15669101 Lyly Tu, Bien Nguyen 5601 Walnut Avenue 4, 04 Orangevale, CA 95662
15669102 Lyn Marriner , Christine Marriner 3762 Calle Clara Vista Newberry Park, CA 91320
15669103 M M Painting, Inc. PO Box 8537 Woodland, CA 95776
15669104 MAD Architecture 12 Western Ave Ste 1 Petaluma, CA 94952
15676188 MARGARITA GARCIA 2837 YOSEMITE BLVD #140 MODESTO, CA 95354
15676190 MARISSA SHOVELSKI 2901 YOSEMITE BLVD #124 MODESTO, CA 95354
15669218 MKM Associates 5880 Commerce Blvd Ste 105 Rohnert Park, CA 94928
15669219 MMS Strategies, LLC 520 Capitol Mall, 260 Sacramento, CA 95814
15669229 MS Fire Protection, Inc PO Box 2339 Fresno, CA 93745
15669236 MWA, Inc Architecture – Engineering 11165 Brockway Rd Suite 1 Truckee, CA 96161
15669105 Magito and Co., LLC Tom Meadowcroft 23570 Arnold Road 150 Wagner Road, 23574 Sonoma, CA 94576
15669106 Maid to Order 8100 Stienbeck Way Sacramento, CA 95828
15669107 Mainline Plumbing, Inc 18332 Campbell Ave Escalon, CA 95320
15669108 Major Mott III, Ericka Cooper 5703 Orange Avenue, 5703 Sacramento, CA 95823
15669109 Makayla Simmons 3217 Walnut Ave, 13 Carmichael, CA 95608
15669110 Maly Moua 7456 Foothills Blvd. Suite 13 Roseville, CA 95747
15681499 Manfred K. Fischer Trust Michaela M. Katari 132 Pheasant Court Alamo, CA 94507
15669111 Manjot Singh, Baljeet Singh, Ranjeet Singh Malhi 7575 Power Inn Rd, 73 Sacramento, CA 95828
15669112 Manos Home Care 2151 Salvio Street, 395 Concord, CA 94520
15669113 Manuel Theresita C. Cabacungan TTEE 2384 Kingfisher Lane Lincoln, CA 95648
15669115 Manuel Garcia, Leticia Nunez 3310–3336 Cimmarron 3320–01 Cameron Park, CA 95682
15669114 Manuel and Theresita Cabacungan, Trustee Cabacungan Family Trust dtd 4/12/96 103 Cannes Court Fairfield, CA 94534
15669116 Marc Strauch ATTN: Cherie Bridges 193 Blue Ravine Rd Suite 135 Folsom, CA 95630
15669117 Marces Hall 7575 Power Inn Rd, 36 Sacramento, CA 95828
15669118 Marcia Albers nee Deichert 3949 Estate Drive Vacaville, CA 95688
15669119 Margaret A. Duke Revocable Trust Margare P.O. Box 127 Waterford, CA 95386
15669120 Margaret Orlich Trust dtd 9/26/03 Lorraine McGowan, Trustee 10 Royale Ave. Unit 22 Lakeport, CA 95453
15669121 Margaret Thomas Rev Trust dtd 9/21/05 404 Walnut Drive Fairfield, CA 94534
15669122 Margarita Garcia Sanchez, Rodrigo Sanche 7327/7329 Berna Way, 7327 Sacramento, CA 95823
15669123 Maria Bautista 7337 Power Inn Rd, 113 Sacramento, CA 95828
15669124 Maria Gutierrez, Vannesa Cervantes 2030 E Grayson Rd, 28 Sonoma, CA 95307
15669125 Maria Luna, Trinidad Alvarez 7575 Power Inn Rd, 50 Sacramento, CA 95828
15669126 Maria Malonzo, Zach Malonzo 7575 Power Inn Rd, 79 Sacramento, CA 95828
15669127 Maria Nunez Employee, Maria Sanchez , Ma 3310–3336 Cimmarron 3310–10 Cameron Park, CA 95682
15669128 Maria Sanico, Marlon Sanico 7575 Power Inn Rd, 07 Sacramento, CA 95828
15669129 Maria Vivanco Mendoza 5800 Engle Rd, 08–11 Carmichael, CA 95608
15669130 Mariah Archuleta, Maria Archuleta 7335/7337 Arleta Court, 7335 Sacramento, CA 95823
15725141 Mariah Driver 2725 Jefferson Street Suite 3 Carlsbad
15725129 Mariah Driver as Admin of Brad Driver's Estate 2725 Jefferson Street Suite 3 Carlsbad, CA 92008
15669131 Mariane Dellacort, TTEE 5 Burgundy Way Yountville, CA 94599
15669132 Maricela Nunez 6359 Auburn Blvd. Citrus Heights, CA 95621
15669133 Marilyn Kirchoff 26123 Highland way Los Gatos, CA 95033
15669134 Marina Contreras, Lis Villarruel 2030 E Grayson Rd 1A Sonoma, CA 95307
15669135 Mario Morquecho 7575 Power Inn Rd, 51 Sacramento, CA 95828
15669136 Marion Barton Evict 2/24 Eviction 5800 Fair Oaks Blvd, 18 Carmichael, CA 95608
15669137 Marisol Rodarte, Miguel Jacuinde 170 – 182 First St. E, 176 Sonoma, CA 94576
15669138 Mark Marilyn Treger, TTEE Treger Family Trust dtd 07/07/1988 1331 Alcyon Court Carlsbad, CA 92011
15669141 Mark Bennett 6359 Auburn Blvd. Citrus Heights, CA 95621
15703889 Mark Falgout & Rosilea Falgout Rosilea Falgout 845 Ladera Corte San Ramon CA 94583
15669143 Mark Falgout , Rosilea Falgout 845 Ladera Corte San Ramon, CA 94583
15669144 Mark Hess 655 Broadmoor Blvd San Leandro, CA 94577
15669145 Mark Hess , Sandra Hess 655 Broadmoor Blvd San Leandro, CA 94577
15669146 Mark J. Lori D. Rossi Living Trust 6/1/ 2316 Lovers Point Lane Modesto, CA 95356
15669147 Mark Kastner , Barbara Kastner PO Box 2948 Atascadero, CA 93422
15669148 Mark Long , Deborah Long 2220 E Linfield St. Glendora, CA 91740
15669149 Mark S Gorr 8 Arcata Mission Viejo, CA 92692

Case: 24-10545 Doc#: 4226-1 Filed: 04/23/26 Entered: 04/23/26 11:15:28 Page 20

# EXHIBIT G

Bankruptcy schedules for LeFever Mattson.

Selected pages identify 5701/5703 Orange Ave; list Major Mott III/Ericka Cooper as tenant-security-deposit creditors; and list Major Mott III on Schedule G for a residential lease/month-to-month.

Source: Doc. 292, pages 25, 30, and 32 of 34.

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 10306 Badger Lane | Residential | 100% owner | $0.00 | Estimated Market Value | $1,800,000.00 |
| 10308 Badger Lane | Residential | 100% owner | $0.00 | Estimated Market Value | $1,875,000.00 |
| 10326 Badger Lane | Residential | 100% owner | $0.00 | Estimated Market Value | $1,900,000.00 |
| 10328 Badger Lane | Residential | 100% owner | $0.00 | Estimated Market Value | $1,850,000.00 |
| 10334 Badger Lane | Residential | 100% owner | $0.00 | Estimated Market Value | $1,850,000.00 |
| 10336 Badger Lane | Residential | 100% owner | $0.00 | Estimated Market Value | $1,860,000.00 |
| 10342 Badger Lane | Residential | 100% owner | $0.00 | Estimated Market Value | $1,875,000.00 |
| 10344 Badger Lane | Residential | 100% owner | $0.00 | Estimated Market Value | $1,850,000.00 |
| 10393 Badger Lane | Residential | 100% owner | $0.00 | Estimated Market Value | $1,875,000.00 |
| 10395 Badger Lane | Residential | 100% owner | $0.00 | Estimated Market Value | $1,800,000.00 |
| 107 Quail Court | Residential | 100% owner | $0.00 | Estimated Market Value | $1,800,000.00 |
| 109 Quail Court | Residential | 100% owner | $0.00 | Estimated Market Value | $1,790,000.00 |
| 110 Fordham Circle | Single Family Residence | 100% owner | $475,000.00 | Acquisition Value | $475,000.00 |
| 1130 Pear Tree Lane | Single Family Residence | 100% owner | $550,000.00 | Acquisition Value | $550,000.00 |
| 1173 Araquipa Court | Single Family Residence | 100% owner | $550,000.00 | Acquisition Value | $550,000.00 |
| 1191 Araquipa Court | Single Family Residence | 100% owner | $0.00 | Comparable Properties | $550,000.00 |
| 157 James River Road | Single Family Residence | 100% owner | $650,000.00 | Acquisition Value | $650,000.00 |
| 1864 Quail Meadows Circle | Single Family Residence | 100% owner | $500,000.00 | Acquisition Value | $500,000.00 |
| 258 Lorraine Blvd. | Single Family Residence | 100% owner | $710,000.00 | Acquisition Value | $710,000.00 |
| 450 West Spain | Inn & Event Space | 23% owner | $3,850,000.00 | Acquisition Value | $3,850,000.00 |
| 4920 Samo Lane | Single Family Residence | 100% owner | $0.00 | Online Market Estimate | $800,000.00 |
| 533 Bella Vista Drive | Single Family Residence | 100% owner | $550,000.00 | Acquisition Value | $550,000.00 |
| 5601 Walnut Avenue #4 | Townhouse | 100% owner | $350,000.00 | Acquisition Value | $350,000.00 |
| 5701/5703 Orange Ave | Duplex | 50% owner | $0.00 | Comparable Properties | $275,000.00 |
| 6359 Auburn Blvd | Office | 33% owner | $297,000.00 | Acquisition Value | $297,000.00 |
| 830 Illinois Street #1-4 | Fouplex | 100% owner | $460,000.00 | Acquisition Value | $460,000.00 |
| Pinyon Creek II Homes (undeveloped parcels) | | 100% owner | $0.00 | | Unknown |
| | | TOTAL: | $8,942,000.00 | TOTAL: | $32,742,000.00 |

| Line | Priority Creditor's Name | Address 1 | Address 2 | City | State | Zip | Specify Code subsection: 11 § U.S.C. 507(a)(__) | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Total claim | Priority amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | Alejandro Castillo, Ma Del Rosario Montes | Address on File | | | | | 7 | Tenant Security Deposit | Y | | | | $875.00 | $875.00 |
| 2.2 | Angela Washington | Address on File | | | | | 7 | Tenant Security Deposit | Y | | | | $1,095.00 | $1,095.00 |
| 2.3 | Brandon Granillo | Address on File | | | | | 7 | Tenant Security Deposit | Y | | | | $3,110.00 | $3,110.00 |
| 2.4 | David Currier, Nina Currier | Address on File | | | | | 7 | Tenant Security Deposit | Y | | | | $2,840.00 | $2,840.00 |
| 2.5 | Letofia Paopao | Address on File | | | | | 7 | Tenant Security Deposit | Y | | | | $1,695.00 | $1,695.00 |
| 2.6 | Lovell Sabathia, Quinn Puebla Sabathia | Address on File | | | | | 7 | Tenant Security Deposit | Y | | | | $875.00 | $875.00 |
| 2.7 | Lyly Tu, Bien Nguyen | Address on File | | | | | 7 | Tenant Security Deposit | Y | | | | $1,495.00 | $1,495.00 |
| 2.8 | Major Mott III, Ericka Cooper | Address on File | | | | | 7 | Tenant Security Deposit | Y | | | | $512.50 | $512.50 |
| 2.9 | Tony Villarreal, Patty Kramer | Address on File | | | | | 7 | Tenant Security Deposit | Y | | | | $1,795.00 | $1,795.00 |
| 2.10 | Wanda Sumad, Mia Monee, Saadiq Cruz | Address on File | | | | | 7 | Tenant Security Deposit | Y | | | | $1,375.00 | $1,375.00 |
| | | | | | | | | | | | | TOTAL: | $15,667.50 | $15,667.50 |

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Address 1 | Address 2 | City | State | Zip | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining, in days | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|
| 2.1 | Adnan Kussair | Address on file | | | | | Residential Lease, Lessor | month-to-month | |
| 2.2 | Alejandro Castillo | Address on file | | | | | Residential Lease, Lessor | month-to-month | |
| 2.3 | Alicia Lopez | Address on file | | | | | Residential Lease, Lessor | month-to-month | |
| 2.4 | Angela Washington | Address on file | | | | | Residential Lease, Lessor | month-to-month | |
| 2.5 | Auerbach Engineering Corporation | PO Box 5399 | | Tahoe City | CA | 96145 | Architecture & Engineering, Customer | month-to-month | |
| 2.6 | Brandon Granillo | Address on file | | | | | Residential Lease, Lessor | month-to-month | |
| 2.7 | David Currier | Address on file | | | | | Residential Lease, Lessor | month-to-month | |
| 2.8 | Elizabeth Williams | Address on file | | | | | Residential Lease, Lessor | month-to-month | |
| 2.9 | Extra Space Storage | 6230 Auburn Blvd | Unit 1209 | Citrus Heights | CA | 95621 | Storage Unit, Lessee | month-to-month | |
| 2.10 | GL Anderson Insurance Services | 193 Blue Ravine Rd. | #210 | Folsom | CA | 95630 | Insurance - Property, Policyholder | month-to-month | |
| 2.11 | Great American Financial Services | PO Box 660831 | | Dallas | TX | 75266-0831 | Copier Lease, Lessee | 10/25/2029 | |
| 2.12 | Harry Ault | Address on file | | | | | Residential Lease, Lessor | 09/30/25 | |
| 2.13 | Hartford Fire Ins | P.O. Box 660916 | | Dallas | TX | 75266-0916 | Insurance - Other, Policyholder | month-to-month | |
| 2.14 | Home Tax Service of America, Inc. dba LeFever Mattson Property Management | 6359 Auburn Blvd. | | Citrus Heights | CA | 95621 | Residential Property Management Agreement, Agent | auto-renewal | |
| 2.15 | Home Tax Service of America, Inc. dba LeFever Mattson Property Management | 6359 Auburn Blvd. | | Citrus Heights | CA | 95621 | 6359 Auburn Blvd, Lease | month-to-month | |
| 2.16 | Israel Rojas Landscaping | PO BOX 1084 | | Boyes Hot Springs | CA | 95416 | Repairs & Maintenance - Landscape, Customer | month-to-month | |
| 2.17 | Jacob Knight | Address on file | | | | | Residential Lease, Lessor | month-to-month | |
| 2.18 | Jason Powers | Address on file | | | | | Residential Lease, Lessor | 06/30/25 | |
| 2.19 | JMP Business Systems, Inc. | | | Tulsa | OK | 74121-1228 | Postage Meter Lease, Lessee | 1/23/2025 | |
| 2.20 | Kathleen L. Hamlin, Trustee of the Kathleen Hamlin Living Trust dated July 2, 2008 | 1000 Monique Way | | Dixon | CA | 95620 | Unsecured Note Payable, Borrower | due upon 60 days notice | |
| 2.21 | Letofia Paopao | Address on file | | | | | Residential Lease, Lessor | month-to-month | |
| 2.22 | Liberty Mutual Insurance | PO Box 88766 | | Chicago | IL | 60680-1766 | Insurance - Property, Policyholder | month-to-month | |
| 2.23 | Lopez Landscaping | Address on file | | | | 95821 | Repairs & Maintenance - Landscape, Customer | month-to-month | |
| 2.24 | Lovell Sabathia | Address on file | | | | | Residential Lease, Lessor | month-to-month | |
| 2.25 | Lyly Tu | Address on file | | | | | Residential Lease, Lessor | month-to-month | |
| 2.26 | Major Mott Iii | Address on file | | | | | Residential Lease, Lessor | month-to-month | |
| 2.27 | McGowan Trustee of the Lorraine Margaret Orlich Trust dated 9/26/03 | 10 Royale Avenue | Unit #22 | Lakeport | CA | 95453 | Unsecured Note Payable, Borrower | 11/15/2026 | |
| 2.28 | MWA, Inc Architecture - Engineering | 11165 Brockway Rd | Suite 1 | Truckee | CA | 96161 | Architecture & Engineering, Customer | month-to-month | |
| 2.29 | Paragon Pest Control | PO Box 520 | | Tahoe Vista | CA | 96148 | Pest Control, Customer | month-to-month | |
| 2.30 | Parish Termite & Pest Management, Inc. | PO Box 1467 | | Citrus Heights | CA | 95611-1467 | Pest Control, Customer | month-to-month | |
| 2.31 | PDF Designs Inc | 34522 N Scottsdale Rd Ste 12-510 | | Scottsdale | AZ | 85266 | Architecture & Engineering, Customer | month-to-month | |
| 2.32 | Quality Built, LLC | 633 S Andrews Ave Ste 204 | | Ft Lauderdale | FL | 33301 | Architecture & Engineering, Customer | month-to-month | |
| 2.33 | Reco Pest Control | P.O. Box 2847 | | Vacaville | CA | 95696-2847 | Pest Control, Customer | month-to-month | |
| 2.34 | Sherman Family Living Trust dtd 3/13/00 | 8501 Bishop Creek Circle | | Roseville | CA | 95661 | Unsecured Note Payable, Borrower | 12/29/2027 | |
| 2.35 | Smile Business Products, Inc. | 4525 Auburn Blvd | | Sacramento | CA | 95841 | Copier Lease, Lessee | 12/10/2028 | |
| 2.36 | State Farm Insurance | 3338 N. Texas Street #D | | Fairfield | CA | 94533 | Insurance - Other, Policyholder | month-to-month | |
| 2.37 | State Farm Insurance | 5246 Pirrone Ct Ste D | | Salida | CA | 95368-9092 | Insurance - Property, Policyholder | month-to-month | |
| 2.38 | State Farm Insurance | 3338 N. Texas Street #D | | Fairfield | CA | 94533 | Insurance - Property, Policyholder | month-to-month | |
| 2.39 | The Hartford Insurance Company | PO Box 660916 | | Dallas | TX | 75266-0916 | Insurance - Other, Policyholder | month-to-month | |

# EXHIBIT H

DIP / bankruptcy property schedule excerpt.

Selected page lists 5701/5703 Orange Ave, Sacramento and references LeFever Mattson 50% / Kristina Melick 50% with date 7/24/24.

Source: Doc. 643-1, page 67 of 67.

**LeFever Mattson**
**Debtor-in-Possession Loan and Security Agreement**
**Schedule 6.5**

| Owner | Property Address | City | State | Description | Amount | |
|---|---|---|---|---|---|---|
| Fire Tree II, LP (77%), LeFever Mattson (23%) | 450 West Spain | Sonoma | CA | Property Taxes | $ 91,487 | |
| LeFever Mattson | 1173 Araquipa Court | Vacaville | CA | Property Taxes | $ 4,629 | |
| LeFever Mattson | 157 James River Road | Vallejo | CA | Property Taxes | TBD | [1] |
| LeFever Mattson | 1864 Quail Meadows Circle | Vacaville | CA | Property Taxes | TBD | [1] |
| LeFever Mattson | 258 Lorraine Blvd. | San Leandro | CA | Property Taxes | TBD | [1] |
| LeFever Mattson | 1130 Pear Tree Lane | Napa | CA | Property Taxes | TBD | [1] |
| LeFever Mattson | 533 Bella Vista Drive | Suisun City | CA | Property Taxes | TBD | [1] |
| LeFever Mattson | 110 Fordham Circle | Vallejo | CA | Property Taxes | TBD | [1] |
| LeFever Mattson | 5601 Walnut Avenue #4 | Orangevale | CA | Property Taxes | TBD | [1] |
| LeFever Mattson | 830 Illinois Street #1-4 | Fairfield | CA | Property Taxes | $ 8,924 | |
| LeFever Mattson | 1191 Araquipa Court | Vacaville | CA | Property Taxes | $ 1,448 | |
| LeFever Mattson | 4920 Samo Lane | Fairfield | CA | Property Taxes | $ 8,245 | |
| LeFever Mattson 50% / Kristina Melick 50% 7/24/24 | 5701/5703 Orange Ave | Sacramento | CA | Property Taxes | $ 4,382 | |
| LeFever Mattson | Pinyon Creek Development | Truckee | CA | Property Taxes | $ 214,491 | [2] |

[1] Property taxes are impounded through the monthly mortage payments.

[2] Includes multiple property addresses.

# EXHIBIT I

Joint Investigation Report excerpts.

Selected pages summarize substantive consolidation/Ponzi findings and identify 5701/5703 Orange Ave in the LFM property-ownership attachment.

Source: Doc. 2568, pages 5 and 91 of 157.

# JOINT INVESTIGATION REPORT AND SUMMARY OF GLOBAL SETTLEMENT[1]

On October 15, 2025, the LFM Debtors[2] (except for Live Oak), KSMP, and the Committee (the "Plan Proponents") filed the *First Amended Joint Chapter 11 Plan of Liquidation* (the "Plan"), which provides for a global settlement (the "Global Settlement") of the of the outstanding Claims asserted against and Equity Interests asserted in the LFM Debtors and KSMP (collectively, the "Debtors") and the KSMP Investment Entities. The Global Settlement, which was negotiated by the Plan Proponents, provides for a "single pot," such that all assets and liabilities of all Debtors and the KSMP Investment Entities are pooled and consolidated for distribution purposes ("Substantive Consolidation").

This *Joint Investigation Report and Summary of Global Settlement* (this "Investigation Report") summarizes the facts and law supporting two key elements of the Plan: (i) the Debtors' estates and the KSMP Investment Entities should be subject to Substantive Consolidation and (ii) the Court should find that the Debtors and the KSMP Investment Entities were operated as a Ponzi scheme (the "Ponzi Finding"). As discussed in detail herein, for decades, Mattson controlled the Debtors and the KSMP Investment Entities as a single enterprise—disregarding their separate corporate forms—and caused them to engage in fraudulent activities and transactions (collectively, the "Mattson Transactions"). The Mattson Transactions took many forms, including the sale of fictitious interests in many of the Debtors and the KSMP Investment Entities; the transfer of vast sums of money between and among LFM, KSMP, other Debtors, and the KSMP Investment Entities; and the transfer among the Debtors of properties encumbered with high-interest loans.

As a result of Mattson's years of malfeasance, the business and financial affairs of all of the Debtors and the KSMP Investment Entities are so intertwined and poorly documented as to render the exercise of disentangling their affairs overwhelmingly costly—and likely futile. The Plan Proponents believe that forensic reconstruction of each of the individual Debtors' and the KSMP Investment Entities' finances and reconciliation of Investor claims against each of them— as would be required to develop an individual plan of liquidation for each Debtor—would substantially delay any recoveries to Investors and be so costly as to materially reduce, if not eliminate, any such recovery. Accordingly, as explained further below, the Plan Proponents propose Substantive Consolidation of the Debtors and the KSMP Investment Entities.

The Mattson Transactions also amounted to a Ponzi scheme—a form of investment fraud characterized by the perpetrator's payment of old investors with money invested by new ones. Mattson effected his Ponzi scheme, in large part, through a bank account (the "1059 Account") that he controlled and that he maintained separately from LFM's accounting system. From May 2017 through the Petition Date, Mattson induced Investors to deposit over $104 million into the 1059 Account. Rather than allocate those funds to the specific Debtors and the KSMP Investment Entities in which the Investors believed they were investing, Mattson commingled the 1059

---

[1]    The Plan Proponents may update or supplement this Investigation Report prior to solicitation of the Disclosure Statement.

[2]    Capitalized terms used but not defined herein are intended to have the meanings ascribed to them in the *Amended Disclosure Statement in Support of First Amended Joint Chapter 11 Plan of Liquidation* (the "Disclosure Statement"), filed on October 15, 2025.

I

**Attachment A: LFM Property Ownership**

a)  Properties Owned as of the Petition Date

| | |
|---|---|
| Seven Branches (450 W. Spain Street, Sonoma) | • Acquired 23% TIC interest from third party in January 2019 |
| 110 Fordham Circle, Vallejo | • Transferred to LFM from third party (subject to existing mortgage) in December 2014 |
| 6359 Auburn Boulevard, Citrus Heights | • Acquired 50% TIC interest from third party in October 2021 |
| 157 James River Road, Vallejo | • Transferred to LFM from third party in January 2014 (subject to existing mortgage); previously owned by LFM between December 2000 and February 2001 |
| 258 Lorraine Boulevard, San Leandro | • Transferred to LFM from third party (subject to existing mortgage) in January 2012 |
| 533 Bella Vista Drive, Suisun City | • Transferred to LFM from third party (subject to existing mortgage) in December 2011 |
| 5601 Walnut Avenue #4, Orangevale | • Transferred to LFM from third party (subject to existing mortgage) in December 2011 |
| 5701/5703 Orange Avenue, Sacramento | • Transferred to LFM from third party (subject to existing mortgage) in November 2021; LFM conveyed 50% TIC interest to Investor in July 2024<br>• Previously owned by LFM from September 2005 to November 2005 |
| 830 Illinois Street #1-4, Fairfield | • Transferred to LFM from third party (subject to existing mortgage) in May 2017; previously owned by LFM from January 2006 to July 2006 and from March 2011 to August 2012 |
| 1173 Araquipa Court, Vacaville | • Transferred to LFM from third party (subject to existing mortgage) in December 2014 |
| 1191 Araquipa Court, Vacaville | • Transferred to LFM from third party (subject to existing mortgage) in October 2009 |
| 1864 Quail Meadows Circle, Vacaville | • Transferred to LFM from third party (subject to existing mortgage) in October 2010 |
| 4920 Samo Lane, Fairfield | • Transferred from KSMP to LFM in November 2016 |
| 101 Quail Court, Truckee | • Transferred from KSMP to LFM in July 2021; transferred from LFM to KSMP in February 2021; transferred from KSMP to LFM in May 2018 |
| 102 Quail Court, Truckee | • Transferred from KSMP to LFM in July 2021; transferred from LFM to KSMP in February 2021; transferred from KSMP to LFM in May 2018 |
| 103 Quail Court, Truckee | • Transferred from KSMP to LFM in July 2021; transferred from LFM to KSMP in February 2021; transferred from KSMP to LFM in May 2018 |
| 104 Quail Court, Truckee | • Transferred from KSMP to LFM in July 2021; transferred from LFM to KSMP in February 2021; transferred from KSMP to LFM in May 2018 |
| 107 Quail Court, Truckee | • Transferred from KSMP to LFM in March 2022; transferred from LFM to KSMP in February 2022<br>• Transferred from KSMP to LFM in July 2021; transferred from LFM to KSMP in February 2021<br>• Transferred from KSMP to LFM in May 2018 |
| 108 Quail Court, Truckee | • Transferred from KSMP to LFM in July 2021; transferred from LFM to KSMP in February 2021; transferred from KSMP to LFM in May 2018 |
| 109 Quail Court, Truckee | • Transferred from KSMP to LFM in March 2022; transferred from LFM to KSMP in February 2022<br>• Transferred from KSMP to LFM in July 2021; transferred from LFM to KSMP in February 2021<br>• Transferred from KSMP to LFM in May 2018 |

4904-2302-3962.14 52011.00002

# EXHIBIT J

April 23, 2026 Confirmation Order excerpts.

Selected pages include the entered Confirmation Order, substantive consolidation, retained real property, executory contracts/unexpired leases, stays/injunctions through Effective Date, and retained jurisdiction.

Source: Doc. 4225, pages 1, 3, 8, 9, 14, and 19 of 20.



Tobias S. Keller (CA Bar No. 151445)
David A. Taylor (CA Bar No. 247433)
Thomas B. Rupp (CA Bar No. 278041)
KELLER BENVENUTTI KIM LLP
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone:     (415) 496-6723
E-mail:         tkeller@kbkllp.com
                 dtaylor@kbkllp.com
                 trupp@kbkllp.com

*Counsel to LeFever Mattson,
the Consolidated Debtor*

The following constitutes the order of the Court.
Signed: April 23, 2026

Charles Novack
U.S. Bankruptcy Judge

Richard L. Wynne (CA Bar No. 120349)
Erin N. Brady (CA Bar No. 215038)
Edward J. McNeilly (CA Bar No. 314588)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:     (310) 785-4600
E-mail:         richard.wynne@hoganlovells.com
                 erin.brady@hoganlovells.com
                 edward.mcneilly@hoganlovells.com

*Counsel to KS Mattson Partners, LP*

Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, CA 94104
Telephone:     (415) 263-7000
E-mail:         dgrassgreen@pszjlaw.com
                 jfiero@pszjlaw.com
                 jrosell@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

In re:

LEFEVER MATTSON,

              Consolidated Debtor.

Case No. 24-10545 (CN)

(Substantively Consolidated)

Chapter 11

**ORDER CONFIRMING THIRD AMENDED CHAPTER 11 PLAN, AS MODIFIED, OF CONSOLIDATED DEBTOR LEFEVER MATTSON**

<u>Confirmation Hearing:</u>

Date:      April 14, 2026
Time:      10:00 a.m. (Pacific Time)
Place:     United States Bankruptcy Court
           1300 Clay Street, Courtroom 215
           Oakland, CA 94612
Judge:     Honorable Charles Novack

Condominiums, LP and Ponderosa Pines, LP filed voluntary chapter 11 petitions. On November 22, 2024, an involuntary chapter 11 petition was filed against KSMP. On June 9, 2025, an order for relief was entered against KSMP [Case No. 24-10715, Docket No. 131]. The Consolidated Debtor and the Debtors are proper debtors under section 109 of the Bankruptcy Code and the Plan Proponents are proper proponents of the Plan under section 1121(a) of the Bankruptcy Code. The Consolidated Debtor continues to operate its business and manage its property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this Chapter 11 Case.

C. **Substantive Consolidation.** On March 6, 2026, the Bankruptcy Court entered its *Order Substantively Consolidating Debtor Lefever Mattson and KS Mattson Partners, LP and Granting Related Relief* [Docket No. 3914] (the "Substantive Consolidation Order"). Pursuant to the Substantive Consolidation Order, the Debtors and the KSMP Investment Entities and their estates were substantively consolidated for all purposes (including for purposes of distribution under a plan) into the single Consolidated Debtor.

D. **Plan Supplement.** The Plan Supplement complies with the terms of the Plan, and the filing and notice of the Plan Supplement were appropriate and complied with the requirements of the Solicitation Procedures Order, the Bankruptcy Code, and the Bankruptcy Rules, and no other or further notice is or shall be required. The Consolidated Debtor is authorized to modify the Plan Supplement documents following entry of this Confirmation Order in a manner consistent with the Plan, this Confirmation Order, or applicable law.

E. **Notice of Confirmation Hearing.** Due and sufficient notice of the Confirmation Hearing has been provided under the circumstances and under applicable rules and consistent with the requirements imposed by the Bankruptcy Court in its *Order (I) Approving the Plan Summary and Approving Disclosure Statement; (II) Scheduling Status Conference on Confirmation of Plan and Approving the Form and Manner of Service of the Confirmation Notice; (III) Establishing Procedures for the Solicitation and Tabulation of Votes on Plan; (IV) Estimating Investor Claims and Interests Solely For Voting Purposes; and (V) Approving Related Matters* [Docket No. 3105] entered on December 10, 2025 (the "Solicitation Procedures Order").

releases, discharges, and injunctions set forth in the Plan and the respective heirs, executors, administrators, successors or assigns, if any, of any of the foregoing.

**D. Vesting of Assets**

7. As provided in Section 5.3.3 of the Plan, on the Effective Date, the Plan Recovery Trust Assets shall automatically vest in the Plan Recovery Trust.

8. Retained Real Property. Upon the Effective Date, and as provided in Section 5.3.3 of the Plan, legal title to any Real Property and any associated personal property not sold, transferred, or disposed of by the Consolidated Debtor prior to the Effective Date shall remain with the Consolidated Estate, and such legal title shall not be transferred to any other entity, including the Plan Recovery Trust, but such Real Property shall continue to be marketed for sale pursuant to the Plan. Upon the consummation of the sale of the applicable Retained Real Property, the resulting Real Property Sale Proceeds will automatically and immediately vest in the Plan Recovery Trust, to be administered and distributed by the Plan Recovery Trustee in accordance with the Plan and the Plan Recovery Trust Agreement.

9. Non-Debtor Subsidiaries. Upon the Effective Date, and as provided in Section 5.3.3 of the Plan, any ownership interests in non-debtor Entities not sold, transferred, or disposed of by the Consolidated Debtor prior to the Effective Date shall remain property of the Consolidated Estate, and shall not vest in any other entity, including the Plan Recovery Trust, and instead such ownership interests shall expressly remain property of the Consolidated Estate and shall be administered by the Consolidated Debtor. Notwithstanding the foregoing, any economic interest of the Consolidated Debtor in a non-debtor Entity shall vest in the Plan Recovery Trust upon the Effective Date.

**E. Executory Contracts and Unexpired Leases**

10. On and as of the Effective Date, and as provided in Section 6.1 of the Plan, the Consolidated Debtor (and any applicable Debtor) shall assume all executory contracts and unexpired leases that are listed on the Schedule of Assumed Agreements (including as amended by the *Notice of Amended Exhibits to Supplement to Third Amended Joint Plan of Liquidation* [Docket No. 4163]) and shall assign such contracts and leases to the Consolidated Estate or its

Case: 24-10545   Doc# 4225   Filed: 04/23/26   Entered: 04/23/26 11:14:11   Page 8 of 28

Case: 24-10545   Doc# 4702   Filed: 05/05/26   Entered: 05/05/26 17:35:27   Page 25 of 31

designee. The Plan Proponents reserve the right to amend the Schedule of Assumed Agreements at any time prior to the Effective Date (i) to delete any executory contract or unexpired lease and provide for its rejection under the Plan or otherwise, or (ii) to add any executory contract or unexpired lease and provide for its assumption and assignment under the Plan. Prior to or on the Effective Date, the Plan Proponents will serve notice of any amendment(s) to the Schedule of Assumed Agreements to the party or parties to those agreements affected by such amendment (the "Counterparties"). Any Counterparties with an objection (an "Assumption Objection") to the assumption, assumption and assignment, rejection, and/or other disposition of the Counterparty's agreement and the proposed cure amount (if applicable) must file with the Bankruptcy Court and serve on counsel to the Plan Proponents or the Plan Recovery Trustee (as applicable) such Assumption Objection within fourteen (14) calendar days after the Effective Date. In the event that the parties cannot reach a consensual resolution of the Assumption Objection, a hearing (to be scheduled) will be held on the matter by the Bankruptcy Court.

11. On and as of the Effective Date, and as provided in Section 6.2 of the Plan, all executory contracts and unexpired leases of the Consolidated Debtor (and any applicable Debtor) shall be rejected except for (i) executory contracts and unexpired leases that have been previously assumed or rejected by the Debtors, (ii) all executory contracts and unexpired leases specified as to be assumed in Section 6.1 of the Plan (including all contracts and leases set forth in the Schedule of Assumed Agreements, as may be amended), and (iii) any agreement, obligation, security interest, transaction, or similar undertaking that the Consolidated Debtor believes is not executory or a lease, but that is later determined by the Bankruptcy Court to be an executory contract or unexpired lease that is subject to assumption or rejection under section 365 of the Bankruptcy Code. Executory contracts and unexpired leases that have been previously assumed, or assumed and assigned, pursuant to an order of the Bankruptcy Court, shall not be affected by the Plan.

12. Any Rejection Claim or other Claim for damages arising from the rejection under the Plan of an executory contract or unexpired lease must be Filed and served no later than the Rejection Claims Bar Date. Any such Rejection Claim that is not timely Filed and served will be

Case: 26-01007-17 Doc #02   Filed: 05/05/26 20 Entered: 05/05/26 17:35:27   Page 26 of 31

23. Unless otherwise provided in the Plan, all injunctions or stays in the Chapter 11 Case under sections 105 or 362 of the Bankruptcy Code or otherwise, and extant as of the Confirmation Hearing (excluding any injunctions or stays contained in or arising from the Plan or the Confirmation Order), shall remain in full force and effect through the Effective Date.

**K.     Prior Settlement Agreements**

24. Nothing in this Confirmation Order modifies the terms of any Orders approving settlement agreements previously entered in the Chapter 11 Case.

**L.     Sales of Retained Real Property**

25. The Consolidated Estate may continue to sell Retained Real Property, including any Retained Real Property for which a sale contract has been entered into but such sale has not closed as of the Effective Date (each, a "Pending Sale" governed by a "Pending Sale Contract"). Any order or notice required by the (i) *Order Establishing Omnibus Procedures for Real Property Sales* [Docket No. 971], (ii) *Order Establishing Omnibus Procedures for Real Property Sales (Socotra Collateral)* [Docket No. 1381], or (iii) *Order Granting Motion of Debtor KSMP to Establish Procedures for Real Property Sales* [Docket No. 2694] shall not be required to close a Pending Sale or any other sale of Retained Real Property on or after the Effective Date.

26. If an order approving the sale of a Retained Real Property is entered by this Bankruptcy Court prior to the Effective Date but such sale provided for therein has not closed prior to the Effective Date (a "Pending Sale Order"), the closing deadline of such sale shall remain as stated in the Pending Sale Contract. For a Pending Sale where no Pending Sale Order was entered prior to the Effective Date, the following closing periods shall apply:

   a.  The closing deadline for a Pending Sale where contingencies have been waived by the parties to the Pending Sale Contract prior to the Effective Date shall be the later of (i) fourteen (14) calendar days from the Effective Date or (ii) the closing deadline stated in the Pending Sale Contract. The closing deadline may be extended by agreement of the parties to the Pending Sale Contract.

Case: 20-01007   Doc# 7   Filed: 05/05/26   Entered: 05/05/26 17:35:27   Page 27 of 31

## U. Retention of Jurisdiction

41. This Bankruptcy Court shall retain jurisdiction to the fullest extent permitted by the Plan and applicable law to enforce, implement, interpret and resolve issues and disputes with respect to the Plan and all matters related to the Plan.

**\*\*END OF ORDER\*\***

# EXHIBIT K

Monthly Operating Report excerpts.

Selected pages show rental income/operations and a capital-asset schedule.

Source: Doc. 1353-2, pages 1 and 6 of 27.

Case: 26-01007    Doc# 7    Filed: 05/05/26    Entered: 05/05/26 17:35:27    Page 29 of 31

LeFever Mattson, a California corporation
24-10545
Statement of Cash Receipts and Disbursements
2/28/2025

|  | Current Month | | Accumulated Total | |
|---|---|---|---|---|
| **Receipts** | | | | |
| Operating | | | | |
| Rental Income | $ | 52,613 | $ | 307,245 |
| Other Operating Cash Receipts | | 0 | | 42,228 |
| **Total Operating Receipts** | $ | 52,613 | $ | 349,473 |
| Non-Operating | | | | |
| Other Non-Operating Cash Receipts | $ | 19,787 | $ | 153,856 |
| Intercompany Transfers | | 105,000 | | 838,150 |
| Adjustments to Intercompany Balances | | - | | 177,666 |
| DIP Funding | | - | | 2,900,000 |
| Asset Sales | | - | | - |
| **Total Non-Operating Receipts** | $ | 124,787 | $ | 4,069,673 |
| **Total Receipts** | $ | 177,400 | $ | 4,419,146 |
| **Disbursements** | | | | |
| Operating | | | | |
| Payroll & Payroll Taxes | $ | 58,432 | $ | 180,321 |
| Insurance | | 51,631 | | 239,106 |
| Utilities | | 10,884 | | 41,157 |
| Repairs & Maintenance | | 8,452 | | 20,084 |
| Admin Expense | | 3,934 | | 12,356 |
| Professional Fees | | 40,840 | | 314,679 |
| Other Operating Disbursements | | - | | 19,643 |
| Management Fees | | - | | 2,730 |
| Taxes (sales, property, other) | | - | | 1,314 |
| **Total Operating Disbursements** | $ | 174,173 | $ | 631,390 |
| Non-Operating | | | | |
| Debt Service | $ | 14,038 | $ | 51,450 |
| Other Non-Operating Disbursements | | 20,411 | | 159,804 |
| Restructuring Fees | | 1,189,978 | | 1,210,281 |
| Owner Distributions | | - | | - |
| Intercompany Transfers | | 333,291 | | 993,615 |
| Transfers to Non-Debtors | | 225,000 | | 1,370,516 |
| Adjustments to Intercompany Balances | | - | | - |
| Capital Expenditures | | - | | - |
| **Total Non-Operating Disbursements** | $ | 1,782,718 | $ | 3,785,666 |
| **Total Disbursements** | $ | 1,956,892 | $ | 4,617,056 |
| **Net Cash Receipts and Disbursements** | $ | (1,779,492) | $ | (197,910) |
| **Total Disbursements less Intercompany Disbursements** | $ | 1,623,601 | $ | 3,623,442 |

LeFever Mattson, a California corporation
24-10545
Statement of Capital Assets
2/28/2025

Note: All property values included in the table below are representative of book values per the company's books and records.

| Property Address | As of Petition Date | 2/28/2025 |
|---|---|---|
| 110 Fordham Circle | $ - | $ - |
| 1130 Pear Tree Lane | $ - | $ - |
| 1173 Araquipa Court | $ - | $ - |
| 1191 Araquipa Court | $ - | $ - |
| 157 James River Road | $ - | $ - |
| 1864 Quail Meadows Circle | $ - | $ - |
| 258 Lorraine Blvd. | $ - | $ - |
| 450 West Spain | $ 1,012,000 | $ 1,012,000 |
| 4920 Samo Lane | $ - | $ - |
| 533 Bella Vista Drive | $ - | $ - |
| 5601 Walnut Avenue #4 | $ - | $ - |
| 5701/5703 Orange Ave | $ - | $ - |
| 6359 Auburn Blvd | $ - | $ - |
| 830 Illinois Street #1-4 | $ - | $ - |
| Pinyon Creek II Homes | $ - | $ - |
| **Grand Total** | **$ 1,012,000** | **$ 1,012,000** |