# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION


FILED
MAY 05 2026 RB
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: LEFEVER MATTSON, a California corporation, et al., Debtors.
Case No. 24-10545 (CN) *AV-26-1007*
Judge: Hon. Charles Novack
Related address: 5703 Orange Avenue, Sacramento, CA 95823

## APPLICATION / REQUEST TO WAIVE OR DEFER ADVERSARY FILING FEE

## APPLICATION / REQUEST TO WAIVE, DEFER, OR TEMPORARILY SUSPEND COLLECTION ADVERSARY PROCEEDING FILING FEE

Ericka Cooper, self-represented, respectfully requests that the Clerk and Court accept the adversary complaint and emergency TRO/status-quo stay request for emergency filing without rejection for inability to prepay any adversary proceeding filing fee, including the $350 adversary complaint fee if assessed.

This request is made because the filing seeks emergency protection from a lockout/removal scheduled before or on May 10, 2026. Delay to resolve fee payment before docketing may cause irreparable loss of housing and may prevent meaningful court review before enforcement occurs.

I request that the Court waive any adversary proceeding filing fee, including the $350 adversary complaint fee if assessed. If waiver is not available for this type of bankruptcy filing, I request that the Court defer collection, temporarily suspend collection, accept the papers for filing pending judicial review, or set any payment deadline after the earliest available emergency hearing.

This request is made under 28 U.S.C. section 1930(f), applicable Judicial Conference policy, the Court's authority to control its docket and emergency proceedings, and the equitable authority of the bankruptcy court to prevent immediate irreparable harm while the Court determines the proper fee treatment.

If the Court requires an official form, financial declaration, installment request, or additional information, I request that the filing not be rejected and that I be allowed to supplement immediately.

This request is not intended to delay payment if the Court later determines a fee must be paid. It is intended to preserve access to emergency review before the scheduled lockout/removal date.

Case: 26-01007   Doc# 9   Filed: 05/05/26   Entered: 05/05/26 17:55:22   Page 1 of 2

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the bes

Date: May 4, 2026

Signature: _____

Ericka Cooper, self-represented
5703 Orange Avenue, Sacramento, CA 95823
Telephone: 916-585-1060   Email: unkledo@icloud.com