# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION



In re: LEFEVER MATTSON, a California corporation, et al., Debtors.
Case No. 24-10545 (CN)
Judge: Hon. Charles Novack  *AP - 26 - 1007*
Related address: 5703 Orange Avenue, Sacramento, CA 95823

FILED

MAY 05 2026

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

## RULE 65 NOTICE CERTIFICATION AND CERTIFICATE OF EMERGENCY - FILLED MAY 3 EMAIL NOTICE SUPPLEMENT

## RULE 65 NOTICE CERTIFICATION AND CERTIFICATE OF EMERGENCY - FILLED MAY 3 EI NOTICE SUPPLEMENT

I, Ericka Cooper, certify that I am self-represented. This certification supplements the Rule 65 notice certification already included in the adversary TRO packet. I am filing under emergency circumstances because a lockout/removal is scheduled before or on May 10, 2026, and I need the Court to preserve the status quo until the earliest available hearing.

On May 3, 2026, I attempted emergency email notice of the adversary complaint, TRO motion, memorandum, declaration, proposed TRO/order to show cause, request to waive or set nominal security, main-case emergency stay/OST papers, and exhibits to the following known notice parties and counsel at the email addresses available to me or publicly listed in the bankruptcy record/court contacts:

**1. Pamela C. Jackson / Pamela C. Jackson, Inc. - state unlawful detainer counsel - jackson@cwnet.com.**

2. Keller Benvenutti Kim LLP / LeFever Mattson and Consolidated Debtor counsel - tkeller@kbkllp.com; dtaylor@kbkllp.com; trupp@kbkllp.com.

3. Pachulski Stang Ziehl & Jones LLP / Official Committee of Unsecured Creditors counsel - LMCommittee@pszjlaw.com; dgrassgreen@pszjlaw.com; jfiero@pszjlaw.com; jrosell@pszjlaw.com.

4. Hogan Lovells US LLP / KS Mattson Partners, LP counsel - richard.wynne@hoganlovells.com; erin.brady@hoganlovells.com; edward.mcneilly@hoganlovells.com.

5. Office of the United States Trustee, Region 17 - USTP.Region17@usdoj.gov; Greg.Powell@usdoj.gov.

6. Sacramento County Sheriff Civil Bureau / levying officer contact - civil@sacsheriff.com.

7. Plan Recovery Trust / Plan Recovery Trustee / Chris Bendinelli, Kristina Melick/Fox, owner/manager/Plan Trust contacts, and any additional enforcement

parties - no separate direct email address was confirmed before filing; notice was attempted through the known bankruptcy counsel, committee counsel, U.S. Trustee, sheriff civil bureau, and available public/case-record contacts listed above, and I will continue notice efforts immediately.

The method of notice was email. The date of notice was May 3, 2026. The purpose of notice was to alert all known parties that emergency relief would be sought to stop or preserve status quo regarding any lockout, writ enforcement, possession transfer, rent collection/refusal/redirection, and related conduct affecting 5703 Orange Avenue, Sacramento, CA 95823.

As of signing this certification, I have not received complete written confirmation that all noticed parties agree to postpone lockout/removal through the earliest available bankruptcy court hearing. To the extent any email address was unavailable, uncertain, rejected, incomplete, or not accepted before filing, I certify that immediate and irreparable lockout harm required emergency filing before notice could be perfected.

I will continue notice efforts immediately after filing, will serve any signed temporary restraining order, order shortening time, interim stay, or hearing order immediately, and will supplement this notice certificate if the Court requires more detail or if additional notice information becomes available.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the bes

Date: May 4, 2026

Signature: _____

Ericka Cooper, self-represented
5703 Orange Avenue, Sacramento, CA 95823
Telephone: 916-585-1060   Email: unkledo@icloud.com