United States Bankruptcy Court

Northern District of California

Cooper,

    Plaintiff                                                             Adv. Proc. No. 26-01007-HLB

LeFever Mattson Property Management,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0971-1 | User: admin | Page 1 of 1 |
| Date Rcvd: May 07, 2026 | Form ID: pdfeoapc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

**Recip ID**               **Recipient Name and Address**
pla              + Ericka Cooper, 5703 Orange Avenue, Sacramento, CA 95823-3425

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026                   Signature:        /s/Gustava Winters



The following constitutes the order of the Court.
Signed: May 7, 2026

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California Corporation,<br><br>     Debtor.<br><br>In re:<br><br>KS MATTSON PARTNERS, LP,<br><br>     Debtor. | Case No. 24-10545 CN (Lead Case)<br><br>(Jointly Administered)<br><br>Chapter 11 |
| ERICKA COOPER,<br><br>     Plaintiff,<br><br>vs.<br><br>LEFEVER MATTSON PROPERTY MANAGEMENT, et al.<br><br>     Defendants. | Adversary No. 26-1007 CN<br><br>**ORDER TRANSFERRING ADVERSARY PROCEEDING TO THE HON. HANNAH L. BLUMENSTIEL** |

On May 5, 2026, plaintiff Ericka Cooper filed a complaint instituting this adversary proceeding against various LeFever Mattson entities. The adversary proceeding was assigned to the Hon. Charles Novack, as the presiding judge in the underlying LeFever

Mattson consolidated bankruptcy cases. Along with the complaint, Cooper filed an emergency motion for a temporary restraining order (the "TRO").

Judge Novack will be retiring on May 15, 2026, and the underlying bankruptcy case and all related adversary proceedings will be transferred to the Hon. Hannah L. Blumenstiel. To promote efficient administration of this adversary proceeding and to avoid conflicting or inconsistent rulings, it is appropriate to transfer the adversary proceeding to Judge Blumenstiel immediately to permit her to rule on the TRO and any follow-up matters. Accordingly,

**IT IS HEREBY ORDERED** that this adversary proceeding is transferred to the Hon. Hannah L. Blumenstiel, effective immediately and for all purposes.

**\*\*\*END OF ORDER\*\*\***

Case: 26-01007    Doc# 19    Filed: 05/09/26    Entered: 05/09/26 21:15:00    Page 3 of 4

Adversary No. 26-1007 CN

**<u>COURT SERVICE LIST</u>**

Ericka Cooper
5703 Orange Avenue
Sacramento, CA 95823

- 3 -

Case: 26-01007    Doc# 19    Filed: 05/09/26    Entered: 05/09/26 21:15:00    Page 4 of 4