26-01007

## CERTIFICATE OF SERVICE

I, Jacob Bolden _____ (name), certify that service of this summons and

copy of the complaint was made _5/12/26_ (date) by: Mail First CLASS


☒  Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Each Defendant Listed


☐  Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:


☐  Residence Service: By leaving the process with the following adult as:


☐  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:


☐  Publication:The defendant was served as follows:[Describe briefly]


☐  State Law:The defendant was served pursuant to the laws of State of _____,
   as follows:[Describe briefly]


If service was made by personal service,by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.


Under penalty of perjury, I declare that the foregoing is true and correct.


Date _3/12/2026_        Signature _____
                        Print Name: _Jacob Bolden_
                        Business Address: _5703 Orange Ave_
                        _El Sacramento, CA, 95823_

Ericka Cooper (also appearing as Erica Cooper)
Self-Represented Plaintiff / Movant
5703 Orange Avenue, Sacramento, CA 95823
Telephone: 916-585-1060 Email: UNKLEDO @ icloud.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

ERICKA COOPER, Plaintiff,

v.

LEFEVER MATTSON PROPERTY MANAGEMENT; HOME TAX SERVICE OF AMERICA, INC. dba LEFEVER MATTSON PROPERTY MANAGEMENT; LEFEVER MATTSON; CONSOLIDATED DEBTOR; CONSOLIDATED ESTATE; PLAN RECOVERY TRUST; PLAN RECOVERY TRUSTEE; KRISTINA MELICK/FOX; CHRIS BENDINELLI; PAMELA JACKSON; PAMELA C. JACKSON, INC.; and DOES 1-20, Defendants.

Adversary Proceeding No.: 24- 10545
Related Case No. 24-10545 (CN)
Chapter 11
Judge ~~Hon. Charles Novack~~ HANNAH.L. BLUMENSTEIL

# RULE 65 NOTICE CERTIFICATION AND CERTIFICATE OF EMERGENCY SERVICE

I, Ericka Cooper, certify under penalty of perjury that I provided or attempted to provide emergency notice of the adversary complaint, TRO motion, separate memorandum, declaration, proposed TRO/OSC, bond/security request, and exhibits as follows. I am self-represented; where Civil L.R. 65-1 refers to a declaration by counsel, I provide this declaration personally as the filing party.

Fill every blank you can before filing. If you could not reach someone before filing, write "attempted, no answer," "email sent, no response yet," or the exact facts. Do not leave the notice section blank if possible.

| Party / contact | Method used | Date/time | Contact info used / response |
|---|---|---|---|
| Pamela C. Jackson / Pamela C. Jackson, Inc. (state UD counsel) | email / phone / fax / hand / mail: | May 11, 2026 at 4:30 .m. | info used + response: Mail NO Response |
| LeFever Mattson / Keller Benvenutti Kim LLP | email / phone / fax / hand / mail: | May 11, 2026 at 4:30 .m. | info used + response: Mail NO Response |
| Committee counsel / Pachulski Stang Ziehl & Jones LLP | email / phone / fax / hand / mail: | May 11, 2026 at 4:30 .m. | info used + response: Mail NO response |
| KS Mattson / Hogan Lovells US LLP | email / phone / fax / hand / mail: | May 11, 2026 at 4:30 .m. | info used + response: Mail NO Response |
| U.S. Trustee Region 17 | email / phone / fax / hand / mail: | May 11, 2026 at 4:30 .m. | info used + response: Mail No Response |
| Known owner/manager/Plan Trust contacts: Kristina Melick/Fox, Chris Bendinelli, Plan Recovery Trust/Trustee | email / phone / fax / hand / mail: | May 12, 2026 at 4:30 .m. | info used + response: Mail No Response |
| Sacramento County Sheriff Civil Bureau / levying officer | email / phone / fax / hand / mail: | May 11, 2026 at 4:30 .m. | info used + response: Mail NO Response |
| Other: will serve once signed | email / phone / fax / hand / mail: | May ___, 2026 at ___ .m. | info used + response: ___ |