United States Bankruptcy Court
Northern District of California

Cooper,
Plaintiff
LeFever Mattson Property Management,
Defendant

Adv. Proc. No. 26-01007-HLB

# CERTIFICATE OF NOTICE

District/off: 0971-1 User: admin Page 1 of 1
Date Rcvd: Jul 07, 2026 Form ID: pdfeoapc Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| pla | + | Ericka Cooper, 5703 Orange Avenue, Sacramento, CA 95823-3425 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Gillian Nicole Brown | on behalf of Defendant Consolidated Debtor gbrown@pszjlaw.com |

TOTAL: 1

Entered on Docket
July 7, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: July 7, 2026**

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation,<br><br>Debtor. | Case No. 24-10545 HLB<br><br>Chapter 11 |
| ERICKA COOPER,<br><br>Plaintiff,<br>v.<br><br>LEFEVER MATTSON PROPERTY MANAGEMENT; HOME TAX SERVICE OF AMERICA, INC.; LEFEVER MATTSON; KRISTINA MELICK/FOX; CHRIS BENDINELLI; PAMELA JACKSON; PAMELA C. JACKSON, INC.; and DOES 1-20,<br><br>Defendants. | Adv. Proc. No. 26-01007 HLB |

**ORDER DENYING PLAINTIFF'S APPLICATIONS TO DEFER FILING FEES**

Plaintiff Ericka Cooper commenced this action on May 5, 2026. That same day, Ms. Cooper filed three separate applications to defer or waive filing fees associated with the commencement of this proceeding and/or the filing of certain motions.[1] The court has reviewed the Applications and **ORDERS** as follows:

[1] Dkts. 8, 9, and 10 (the "Applications").

**1.** The Applications are hereby **DENIED.**

**2.** No later than **July 17, 2026**, Ms. Cooper shall pay all required filing fees. The court must receive all required filing fees on or before July 17, 2026 in order for Ms. Cooper to have timely complied with this order.

**3.** Any unexcused noncompliance with this order will result in dismissal of this action without further notice or hearing.

****END OF ORDER****

**Court Service List**

Ericka Cooper
5703 Orange Avenue
Sacramento, CA 95823