United States Bankruptcy Court
Northern District of California

Cooper,
Plaintiff
LeFever Mattson Property Management,
Defendant

Adv. Proc. No. 26-01007-HLB

# CERTIFICATE OF NOTICE

District/off: 0971-1 User: admin Page 1 of 1
Date Rcvd: Jul 07, 2026 Form ID: pdfntc Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Ericka Cooper, 5703 Orange Avenue, Sacramento, CA 95823-3425 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gillian Nicole Brown | on behalf of Defendant Consolidated Debtor gbrown@pszjlaw.com |

TOTAL: 1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re: | ) | Case No. **26-01007** HLB |
| **Ericka Cooper**, | ) | Chapter 11 |
| | ) | Adv. Proc. No. **26-01007** HLB |
| Plaintiff, | ) | |
| v. | ) | |
| **LeFever Mattson Property Management et al.** | ) | |
| Defendants. | ) | |

**COURT CERTIFICATE OF MAILING**

The undersigned deputy clerk of the United States Bankruptcy Court for the Northern District of California hereby certifies that a copy of the attached document was mailed to all parties listed below as required by the Bankruptcy Code and Rules of Bankruptcy Procedure.

**Ericka Cooper**
5703 Orange Avenue
Sacramento, CA 95823
916-585-1060
***aka* Erica Cooper**

Dated: July 7, 2026

*Eujean Oh*
Eujean Oh, Deputy Clerk

**Entered on Docket**
**July 7, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: July 7, 2026**

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation,<br><br>Debtor. | Case No. 24-10545 HLB<br><br>Chapter 11 |
| ERICKA COOPER,<br><br>Plaintiff,<br>v.<br><br>LEFEVER MATTSON PROPERTY MANAGEMENT; HOME TAX SERVICE OF AMERICA, INC.; LEFEVER MATTSON; KRISTINA MELICK/FOX; CHRIS BENDINELLI; PAMELA JACKSON; PAMELA JACKSON, INC.; and DOES 1-20,<br><br>Defendants. | Adv. Proc. No. 26-01007 HLB |

**SCHEDULING ORDER**

Plaintiff Ericka Cooper commenced this action on May 5, 2026. Her complaint pleads two causes of action (1) Declaratory Relief; and (2) Injunctive Relief. Ms. Cooper appears to demand an order adjudicating the parties' rights in and to real property located at 5701/5703 Orange Avenue, Sacramento, CA (the "Property") and an order enjoining her eviction from the Property. Ms. Cooper admits that the Sacramento County Superior

Court (the "State Court") has issued a writ of possession with respect to the Property, has denied Ms. Cooper's motion to set aside the writ of possession, and has issued a writ of execution, which means that the State Court likely has already determined the issues that Ms. Cooper seeks to litigate here.

The court issued a Summons on May 5, 2026,[1] which set an initial scheduling conference for July 8, 2026. This proceeding was originally assigned to the Honorable Charles Novack. Given Judge Novack's imminent retirement, he reassigned this proceeding to the Honorable Hannah L. Blumenstiel on May 7, 2026.[2] The Reassignment Order should have, but did not, vacate the July 8 initial scheduling conference. The court regrets and apologizes for that error.

On May 5, 2026, Ms. Cooper filed a Motion for Temporary Restraining Order[3] and an Application for an Order Shortening Time.[4] The Application requested expedited consideration of the TRO Motion. The TRO Motion asked the court to enjoin Ms. Cooper's imminent eviction from the Property. On May 7, 2026, the court issued an order denying the TRO Motion and the Application.[5]

---

[1] Dkt. 2.

[2] Dkt. 12 (the "Reassignment Order").

[3] Dkt. 4 (the "TRO Motion"), as supported by Ms. Cooper's Declaration (Dkt. 6) and Memorandum of Points and Authorities (Dkt. 5).

[4] Dkt. 7 (the "Application").

[5] Dkt. 14.



Case: 26-01007 Doc# 28 Filed: 07/09/26 Entered: 07/09/26 21:14:24 Page 4 of 7

On July 1, 2026, counsel for the Consolidated Debtor (LeFever Mattson) and the Plan Recovery Trustee[6] filed a discovery plan,[7] and thereafter contacted chambers to inquire about the July 8 scheduling conference. Ms. Cooper also contacted chambers about the July 8 scheduling conference. The court advised that the July 8 scheduling conference would not go forward and that the court would shortly issue a scheduling order.

Based on the representations set forth in the Discovery Plan and the procedural posture of this proceeding, the court **ORDERS** as follows:

**1.** The court will conduct an initial scheduling conference on **August 13, 2026** at **2:00 p.m.**

You may appear at the August 13 initial scheduling conference in-person or by Zoom. In order to appear in-person, you should arrive in Courtroom 19 of the United States Bankruptcy Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA no later than 2:00 p.m. If you wish to appear by Zoom, please consult the court's website for information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

**2.** The parties shall exchange the material required by Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure/Rule

---

[6] The court will refer to the Consolidated Debtor and the Plan Recovery Trustee as the "Certain Defendants", consistent with the Discovery Plan.

[7] Dkt. 22 (the "Discovery Plan").

7026 of the Federal Rules of Bankruptcy Procedure no later than **July 17, 2026.**

**3.** The parties need not file any additional statements prior to the August 13 initial scheduling conference.

**4.** Any unexcused failure by Ms. Cooper or the Certain Defendants to appear at the August 13 scheduling conference or to otherwise comply with this order might result in the imposition of sanctions, which might include dismissal of this action with prejudice or the imposition of monetary sanctions.

****END OF ORDER****



Case: 26-01007 Doc# 28 Filed: 07/09/26 Entered: 07/09/26 21:14:24 Page 6 of 7

**Court Service List**

Ericka Cooper
5703 Orange Avenue
Sacramento, CA 95823