United States Bankruptcy Court
Northern District of California

Cooper,
Plaintiff

Adv. Proc. No. 26-01007-HLB

LeFever Mattson Property Management,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0971-1 | User: admin | Page 1 of 1
Date Rcvd: Aug 14, 2026 | Form ID: pdfeoapc | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Ericka Cooper, 5703 Orange Avenue, Sacramento, CA 95823-3425 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gillian Nicole Brown | on behalf of Defendant Consolidated Debtor gbrown@pszjlaw.com |

TOTAL: 1

Signed and Filed: August 14, 2026

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON,<br><br>Debtor. | Case No. 24-10545 HLB<br><br>Chapter 11 |
| ERICKA COOPER,<br><br>Plaintiff,<br>v.<br><br>LEFEVER MATTSON PROPERTY MANAGEMENT, et al.,<br><br>Defendants. | Adv. Proc. No. 26-1007 HLB |

**ORDER**

This proceeding came before the court on August 13, 2026 for a scheduling conference. Appearances were as noted on the record. For the reasons stated on the record, the court **ORDERS** as follows:

**1.** No later than **September 10, 2026**, Plaintiff Ericka Cooper shall:

**a.** File a notice of change of address;

**b.** File an Amended Complaint; **and**

**c.** Request issuance of an Alias Summons.

**2.** The scheduling conference is hereby **CONTINUED** to **December 17, 2026** at **2:00 p.m.**

You may appear at the December 17, 2026 continued scheduling conference in-person or by Zoom. If you wish to appear in-person, you should arrive in Courtroom 19 of the United States Bankruptcy Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA no later than 2:00 p.m. If you wish to appear by Zoom, please consult the court's website for information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

**3.** The court finds and concludes that the need for Ms. Cooper to accomplish the tasks set forth in Paragraph 1 of this order constitutes good cause for not issuing a scheduling order within the time set forth in Rule 16(b)(2) of the Federal Rules of Civil Procedure/Rule 7016(a) of the Federal Rules of Bankruptcy Procedure.

**4.** Any unexcused noncompliance with this order will result in the issuance of an order requiring Ms. Cooper to appear and show cause as to why this proceeding should not be dismissed with prejudice.

****END OF ORDER****

**Court Service List**

Ericka Cooper
Via email: unkledo@icloud.com