United States Bankruptcy Court
Northern District of California

Cooper,
Plaintiff
LeFever Mattson Property Management,
Defendant

Adv. Proc. No. 26-01007-HLB

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0971-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 31, 2026 | Form ID: pdfeoapc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Ericka Cooper, 5703 Orange Avenue, Sacramento, CA 95823-3425 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gillian Nicole Brown | on behalf of Defendant Consolidated Debtor gbrown@pszjlaw.com |
| John D. Fiero | on behalf of Defendant Consolidated Debtor jfiero@pszjlaw.com ocarpio@pszjlaw.com |

TOTAL: 2

**Entered on Docket**
**August 31, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: August 31, 2026**

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON,<br><br>Debtor. | Case No. 24-10545 HLB<br><br>Chapter 11 |
| ERICKA COOPER,<br><br>Plaintiff,<br>v.<br><br>LEFEVER MATTSON PROPERTY MANAGEMENT, ET AL.,<br><br>Defendants. | Adv. Proc. No. 26-1007 HLB |

**ORDER STRIKING PLEADINGS AND VACATING HEARING**

On August 13, 2026, the court convened a scheduling conference in this proceeding. Plaintiff *pro se* Ericka Cooper appeared; as did attorney Gillian Brown.

During the scheduling conference, it became clear that Ms. Cooper had not served any defendant with process and needed to file an amended complaint. She also needed to provide the court with a valid mailing address. In an order issued August 14, 2026,[1] the court required Ms. Cooper to, no later than September

[1] Dkt. 30 (the "Aug. 14 Order").

10, 2026, file a change of address, request an Alias Summons, and file an amended complaint.

Ms. Cooper has not yet complied with the Aug. 14 Order. On August 31, 2026, however, she filed a "Motion to Revise Interlocutory Order; to Enforce Confirmation-Order Notice and Objection Procedures; to Deem Contract Objection Timely; and for Limited Expedited Discovery, Preservation, and Evidentiary Hearing."[2] Along with the Motion, Ms. Cooper filed a Declaration,[3] a Request for Judicial Notice,[4] a Notice of Hearing,[5] and a Certificate of Service.[6] The NOH purported to notice a hearing on the Motion for September 10, 2026.

Ms. Cooper has not complied with B.L.R. 7007-1, which requires 28 days' notice of hearings on motions filed in adversary proceedings. But beyond that, she has not proved that she has served any of the defendants with process. The court has no personal jurisdiction over the defendants and no ability to order any relief against them, even if it wanted to. Ms. Cooper must comply with the Aug. 14 Order before the court can address her concerns on their merits.

Accordingly, the court **ORDERS** as follows:

**1.** The Motion, Declaration, RJN, and NOH are hereby **STRICKEN**.

---

[2] Dkt. 33 (the "Motion").

[3] Dkt. 34 (the "Declaration").

[4] Dkt. 35 (the "RJN").

[5] Dkt. 36 (the "NOH").

[6] Dkt. 37.

**2.** The September 10 hearing is hereby **VACATED.**

**3.** The Aug. 14 Order remains in full force and effect.

****END OF ORDER****

**Court Service List**

Ericka Cooper
Via Email: unkledo@icloud.com