ERICKA COOPER
6128 Elder Creek Road
Sacramento, California 95824
Telephone: (916) 719-0216
Email: unkledo@icloud.com
Plaintiff In Propria Persona

FILED
SEP 10 2026
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In re

LEFEVER MATTSON, a California corporation, et al.,

Consolidated Debtor.

---

ERICKA COOPER,

Plaintiff,

v.

HOME TAX SERVICE OF AMERICA, INC. dba LEFEVER MATTSON PROPERTY MANAGEMENT; MICHAEL I. GOLDBERG, solely in his capacity as Plan Recovery Trustee; BRENDA COMFORT; and DOES 1–10,

Defendants.

Case No. 24-10545 HLB
Chapter 11

Adv. Proc. No. 26-01007 HLB

**NOTICE OF CHANGE OF ADDRESS**

Judge: Hon. Hannah L. Blumenstiel
Scheduling Conf.: Dec. 17, 2026, 2:00 p.m., Courtroom 19

**NOTICE OF CHANGE OF ADDRESS**

TO THE COURT, THE CLERK OF THE COURT, AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Paragraph 1(a) of the Court's Order following the August 13, 2026 scheduling conference (Adv. Dkt. No. 30), Plaintiff Ericka Cooper, appearing in propria persona, gives notice of her current address. Effective

immediately, all notices, orders, and papers in this adversary proceeding and in the main case, In re LeFever Mattson, Case No. 24-10545 HLB, should be sent to Plaintiff at:

Ericka Cooper
6128 Elder Creek Road
Sacramento, California 95824
Telephone: (916) 719-0216
Email: unkledo@icloud.com

Plaintiff no longer receives mail at 5703 Orange Avenue, Sacramento, California 95823. Plaintiff requests that the Clerk update the docket and mailing records for this adversary proceeding accordingly.

Dated: September 10, 2026

Ericka Cooper 9-10-26

ERICKA COOPER, Plaintiff In Propria Persona

Case: 26-01007 Doc# 41 Filed: 09/10/26 Entered: 09/10/26 16:34:02 Page 2 of 2