ERICKA COOPER
6128 Elder Creek Road
Sacramento, California 95824
Telephone: (916) 719-0216
Email: unkledo@icloud.com
Plaintiff In Propria Persona

FILED
SEP 10 2026
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>LEFEVER MATTSON, a California corporation, et al.,<br><br>Consolidated Debtor. | Case No. 24-10545 HLB<br>Chapter 11<br><br>Adv. Proc. No. 26-01007 HLB |
| ERICKA COOPER,<br><br>Plaintiff,<br><br>v.<br><br>HOME TAX SERVICE OF AMERICA, INC. dba LEFEVER MATTSON PROPERTY MANAGEMENT; MICHAEL I. GOLDBERG, solely in his capacity as Plan Recovery Trustee; BRENDA COMFORT; and DOES 1–10,<br><br>Defendants. | **REQUEST FOR ISSUANCE OF ALIAS SUMMONS**<br><br>Judge: Hon. Hannah L. Blumenstiel<br>Scheduling Conf.: Dec. 17, 2026, 2:00 p.m., Courtroom 19 |

**REQUEST FOR ISSUANCE OF ALIAS SUMMONS**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Plaintiff Ericka Cooper, appearing in propria persona, requests that the Clerk issue an alias summons in this adversary proceeding, pursuant to Paragraph 1(c) of the Court's Order following the August 13, 2026 scheduling conference (Adv. Dkt. No. 30) and Federal Rule of Bankruptcy Procedure 7004, directed to each of the following three Defendants named in the First Amended Verified Adversary Complaint filed concurrently with this Request:



Case: 26-01007 Doc# 42 Filed: 09/10/26 Entered: 09/10/26 16:39:39 Page 1 of 2

1. Home Tax Service of America, Inc., dba LeFever Mattson Property Management;

2. Michael I. Goldberg, solely in his capacity as Plan Recovery Trustee; and

3. Brenda Comfort.

Reason for issuance. The original summons was issued on May 5, 2026 (Adv. Dkt. No. 2). At the August 13, 2026 scheduling conference, the Court ordered Plaintiff, no later than September 10, 2026, to file an amended complaint and to request issuance of an alias summons (Adv. Dkt. No. 30, ¶ 1(b)–(c)). Plaintiff has filed her First Amended Verified Adversary Complaint concurrently with this Request and requests an alias summons so that the summons and the First Amended Verified Adversary Complaint may be served on each Defendant listed above.

Plaintiff will serve the alias summons, together with the First Amended Verified Adversary Complaint, on each Defendant listed above within seven days after the alias summons is issued, as required by Federal Rule of Bankruptcy Procedure 7004(e), and will file a certificate of service.

Dated: September 10, 2026

Ericka Cooper 9-10-26

ERICKA COOPER, Plaintiff In Propria Persona