ERICKA COOPER
6128 Elder Creek Road
Sacramento, California 95824
Telephone: (916) 719-0216
Email: unkledo@icloud.com
Plaintiff In Propria Persona

FILED
SEP 10 2026
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>LEFEVER MATTSON, a California corporation, et al.,<br><br>Consolidated Debtor.<br>———<br>ERICKA COOPER,<br><br>Plaintiff,<br>v.<br><br>HOME TAX SERVICE OF AMERICA, INC. dba LEFEVER MATTSON PROPERTY MANAGEMENT; MICHAEL I. GOLDBERG, solely in his capacity as Plan Recovery Trustee; BRENDA COMFORT; and DOES 1–10,<br><br>Defendants. | Case No. 24-10545 HLB<br>Chapter 11<br><br>Adv. Proc. No. 26-01007 HLB<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Hannah L. Blumenstiel<br>Scheduling Conf.: Dec. 17, 2026, 2:00 p.m., Courtroom 19 |

**CERTIFICATE OF SERVICE**

I, the undersigned, declare: I am over 18 years of age. My address is 6128 Elder Creek Road, Sacramento, California 95824.

On September 10, 2026, I served true copies of the following documents: (1) Notice of Change of Address; and (2) Request for Issuance of Alias Summons, on the following counsel of record:

Debra I. Grassgreen, John D. Fiero, Jason H. Rosell, and Gillian N. Brown

Pachulski Stang Ziehl & Jones LLP
One Sansome Street, Suite 3430
San Francisco, California 94104
Counsel for Defendants the Consolidated Debtor and the Plan Recovery Trustee

by the method checked below:

[X] BY FIRST-CLASS U.S. MAIL: I deposited the documents in a sealed envelope with postage fully prepaid in the United States mail at 9-10-26 Sacramento, California, addressed as shown above.

[ ] BY PERSONAL DELIVERY: I delivered the documents to the office of counsel at the address shown above, leaving them with a clerk or other person in charge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 10, 2026, at Sacramento, California.

[signature]

Signature

Jacob Bolden

Printed name