United States Bankruptcy Court
Northern District of California

Cooper,
Plaintiff

Adv. Proc. No. 26-01007-HLB

LeFever Mattson Property Management,
Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0971-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 17, 2026 | Form ID: SUM | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Ericka Cooper, 6128 Elder Creek Rd., Sacramento, CA 95824-4111 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gillian Nicole Brown | on behalf of Defendant Consolidated Debtor gbrown@pszjlaw.com |
| John D. Fiero | on behalf of Defendant Consolidated Debtor jfiero@pszjlaw.com ocarpio@pszjlaw.com |

TOTAL: 2

Form SUM

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re:<br>LeFever Mattson, a California corporation Debtor(s) | Bankruptcy Case No.: 24−10545<br>Chapter: 11 |
| Ericka Cooper Plaintiff(s)<br>vs.<br>LeFever Mattson Property Management Defendant(s)<br>(See attachment for additional defendant(s)) | Adversary Proceeding No. 26−01007 |

## ALIAS SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days, unless otherwise ordered by the Court.

**Mailing Address:**
U.S. Bankruptcy Court
1300 Clay Street, Suite 300
Oakland, CA 94612

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of plaintiff's attorney**

Ericka Cooper
6128 Elder Creek Rd.
Sacramento, CA 95824

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference in the adversary proceeding commenced by filing of the complaint will be held at the following time and place.

| | |
|---|---|
| **DATE:** November 19, 2026 | **TIME:** 02:00 PM |
| **LOCATION:** U.S. Bankruptcy Court, 450 Golden Gate Ave. 16th Floor, Courtroom 19, San Francisco, CA 94102 or by Zoom. | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV AND THE CLERK'S OFFICE.**

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Dated: 9/17/26

Norma Ortiz
Deputy Clerk

## CERTIFICATE OF SERVICE

I,__________________________________________(name), certify that service of this summons and copy of the complaint was made ________________________(date) by:

☐ Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

☐ Residence Service: By leaving the process with the following adult as:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Publication:The defendant was served as follows:[Describe briefly]

☐ State Law:The defendant was served pursant to the laws of State of ________________________, as follows:[Describe briefly]

If service was made by personal service,by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date ___________________ Signature _________________________

Print Name: _________________________

Business Address: _________________________

_________________________

## ADDITIONAL PLAINTIFFS/DEFENDANTS/ALIASES NOT LISTED ON THE FIRST PAGE

Ericka Cooper, Plaintiff
aka Erica Cooper

Home Tax Service of America, Inc., dba Lefever Mattson Property Management, Defendant

LeFever Mattson, Defendant

Consolidated Debtor, Defendant

Consolidated Estate, Defendant

Plan Recovery Trust, Defendant

Plan Recovery Trustee, Defendant

Kristina Melick/Fox, Defendant

Chris Bendinelli, Defendant

Pamela Jackson, Defendant

Pamela C. Jackson, Inc, Defendant

Does 1 – 20, Defendant

Michael I. Goldberg, Defendant

Brenda Comfort, Defendant