**Entered on Docket**
**October 7, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: October 7, 2026**

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON,<br><br>Debtor. | Case No. 24-10545 HLB<br><br>Chapter 11 |
| ERICKA COOPER,<br><br>Plaintiff,<br>v.<br><br>LEFEVER MATTSON PROPERTY MANAGEMENT; HOME TAX SERVICE OF AMERICA, INC.; LEFEVER MATTSON; MICHAEL I. GOLDBERG, AS PLAN RECOVERY TRUSTEE; KRISTINA MELICK/FOX; CHRIS BENDINELLI; PAMELA JACKSON; and PAMELA C. JACKSON, INC.,<br><br>Defendants. | Adv. Proc. No. 26-1007 HLB |

**ORDER CONTINUING HEARING ON MOTION TO DISMISS;ORDER CONTINUING SCHEDULING CONFERENCE**

This proceeding scheduled to come before the court on November 5, 2026, for a hearing on a motion to dismiss filed by Michael I. Goldberg, as Plan Recovery Trustee.[1] The court's schedule requires a short continuance of the November 5 hearing, and the court appreciates the parties' patience and

[1] Dkt. 47 (the "MTD"), as supported by a Request for Judicial Notice (Dkt. 48).



Case: 26-01007 Doc# 51 Filed: 10/07/26 Entered: 10/07/26 09:35:14 Page 1 of 4

understanding. The pendency of the MTD requires a continuance of the scheduling conference set for November 19, 2026.

Accordingly, the court **ORDERS** as follows:

**1.** The hearing on the MTD is hereby **CONTINUED** to **November 12, 2026** at **2:00 p.m. This order shall serve as notice of the continued hearing. Mr. Goldberg's counsel need not prepare, file, or serve notice of the continued hearing.**

You may appear at the November 12 continued hearing in-person or by Zoom. If you choose to appear in-person, you should arrive in Courtroom 19 of the United States Bankruptcy Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA no later than 2:00 p.m. If you choose to appear by Zoom, please consult the court's website for information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

**2.** Respondent Ericka Cooper shall file any opposition to the MTD no later than **October 22, 2026.** Ms. Cooper's opposition must comply with B.L.R. 9013-1(c) and (d) and B.L.R. 7007-1(f). The court must receive Ms. Cooper's opposition on or before October 22, 2026, in order to be considered timely.

**3.** Mr. Goldberg shall file a reply in support of the MTD no later than **October 29, 2026.** Mr. Goldberg's reply shall comply with B.L.R. 9013-1(c) and (d) and B.L.R. 7007-1(f).


Case: 26-01007 Doc# 51 Filed: 10/07/26 Entered: 10/07/26 09:35:14 Page 2 of 4

**4.** After the pleadings described in Paragraphs 2 and 3 of this order have been filed, briefing on the MTD will be closed.[2]

**5.** The scheduling conference currently set for November 19, 2026, is hereby **CONTINUED** to **January 7, 2027,** at **2:00 p.m.** The parties shall calculate the deadlines set forth in Civil Rules 26(a)(1)(C), 26(f)(1), and 26(f)(2) of the Federal Rules of Civil Procedure and Rule 7026 of the Federal Rules of Bankruptcy Procedure from January 7, 2027.

You may appear at the January 7, 2027, continued scheduling conference in-person or by Zoom. If you choose to appear in-person, you should arrive in Courtroom 19 of the United States Bankruptcy Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA no later than 2:00 p.m. If you choose to appear by Zoom, please consult the court's website for information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

**6.** The December 17, 2026, continued scheduling conference set by the court's order issued August 14, 2026[3], is hereby **VACATED.**

****END OF ORDER****

[2] B.L.R. 9013-1(e).

[3] Dkt. 30.



Case: 26-01007 Doc# 51 Filed: 10/07/26 Entered: 10/07/26 09:35:14 Page 3 of 4

**Court Service List**

Ericka Cooper
6128 Elder Creek Rd.
Sacramento, CA 95824