# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−1 | User: admin | Date Created: 10/7/2026 |
| Case: 26−01007 | Form ID: pdfeoapc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| pla | Ericka Cooper | 6128 Elder Creek Rd. | Sacramento, CA 95824 |

TOTAL: 1