**Entered on Docket**
**November 13, 2026**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Signed and Filed: November 13, 2026**

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

PACHULSKI STANG ZIEHL & JONES LLP
John D. Fiero (CA Bar No. 136557)
Gillian N. Brown (CA Bar No. 205132)
Brooke E. Wilson (CA Bar No. 354614)
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: 415-263-7000
Email: jfiero@pszjlaw.com
gbrown@pszjlaw.com
bwilson@pszjlaw.com

*Counsel to Defendants Home Tax Service of America, Inc. dba LeFever Mattson Property Management, the Plan Recovery Trustee, and Brenda Comfort*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br><br>LEFEVER MATTSON,<br><br>Consolidated Debtor.<br><br>ERICKA COOPER,<br><br>Plaintiff,<br><br>v.<br><br>HOME TAX SERVICE OF AMERICA, INC. dba LEFEVER MATTSON PROPERTY MANAGEMENT; MICHAEL I. GOLDBERG, solely in his capacity as Plan Recovery Trustee; BRENDA COMFORT; and DOES 1-10,<br><br>Defendants. | Case No. 24-10545 HLB<br>(Substantively Consolidated)<br>Chapter 11<br><br>Adv. Pro. No. 26-01007<br><br>**ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED VERIFIED COMPLAINT WITH PREJUDICE AS TO MOVING PARTY DEFENDANTS**<br><br>Date: November 12, 2026<br>Time: 2:00 p.m. (Pacific Time)<br>Place: Via Zoom or In Person<br>United States Bankruptcy Court<br>450 Golden Gate Ave, 16th Floor<br>Courtroom 19<br>San Francisco, CA 94102<br>Judge: Hon. Hannah L. Blumenstiel |

This matter came before the Court at the above-captioned time and place upon consideration of the *Motion to Dismiss First Amended Verified Complaint* [Adv. Dkt. 47] ("Motion") filed by defendants Home Tax Service of America, Inc. dba LeFever Mattson Property Management, Michael Goldberg, the Plan Recovery Trustee, and Brenda Comfort (collectively, "the Moving Party Defendants"). Ericka Cooper appeared *in propria persona* for Plaintiff. John Fiero appeared for the Moving Party Defendants.

For the reasons stated on the record at the hearing, and good cause appearing therefor:

1. The Motion is granted; this adversary proceeding is dismissed with prejudice as to each of the Moving Party Defendants.

**** END OF ORDER ****

**COURT SERVICE LIST**